

FILED

1/16/2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Bassel**                                                  **07cv2346-L (JMA)**

**-v-**

**4Access Communications**

# STRICKEN DOCUMENT

**4-Motion to Remand and Notice of Hearing**

**4**