

**FILED**

**1/16/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

**Bassel**                                              **07cv2346-L (JMA)**

**-v-**

**4Access Communications**

# STRICKEN DOCUMENT

**5-Amended Motion to Remand and Notice of Hearing**

**5**