

**FILED**

**1/16/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Bassel**                                                **07cv2346-L (JMA)**

**-v-**

**4Access Communications**

# STRICKEN DOCUMENT

**6-Exhibit list for Memorandum**

**6**