UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BASSEL AND BARBARA BASSEL, | ) Case No. 07-CV-2346-L (JMA) ) |
| Plaintiffs, | ) **ORDER VACATING EARLY NEUTRAL** ) **EVALUATION CONFERENCE** ) |
| v. | ) |
| 4ACCESS COMMUNICATIONS CO., et al., | ) ) ) |
| Defendants. | ) ) |

In light of Plaintiffs Motion to Remand, set for hearing before Judge Lorenz on February 11, 2008, the Early Neutral Evaluation Conference previously scheduled to be held on February 14, 2008 at 10:00 a.m. in the chambers of Magistrate Judge Adler is hereby **VACATED**. The Early Neutral Evaluation Conference will be rescheduled, if appropriate, after Judge Lorenz rules on Plaintiffs' Motion.

**IT IS SO ORDERED.**

DATED: January 17, 2008

Jan M. Adler
U.S. Magistrate Judge

07cv2346