Barbara M. Frezza,  S.B. No.: 231176
Attorney at Law
P.O. Box 12214
LA Jolla, CA 92039-2214
Phone: (858) 558-9458
FrezzaLaw@ix.netcom.com

Attorney for Plaintiffs and In Propria Persona
LARRY BASSEL & BARBARA BASSEL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BASSEL and BARBARA BASSEL,<br><br>Plaintiffs,<br><br>vs.<br><br>4ACCESS COMMUNICATIONS CO., a corporation, and DOES 1 through 10<br><br>Defendants. | Case No.: 3:07cv02346-L (JMA)<br><br>**PLAINTIFFS  LARRY BASSEL AND BARBARA BASSEL**<br><br>**1. NOTICE OF MOTION;**<br><br>**2. MOTION TO REMAND;**<br><br>**3. PLAINTIFFS' REQUEST FOR RECONSIDERATION OF STRUCK PLEADINGS TIMELY FILED;**<br><br>**4. MOTION FOR JUST COSTS AND EXPENSES, INCLUDING ATTORNEY'S FEES INCURRED DUE TO IMPROPER REMOVAL**.<br><br>Date: February 11, 2008<br>Time: 10:30 a.m.<br>Dept.: Ct. Rm. 14<br>Judge: Hon. M. James Lorenz<br><br>**ORAL ARGUMENT REQUESTED** |

**TO: DEFENDANTS AND THEIR ATTORNEY(S) OF RECORD:**

**PLEASE TAKE NOTICE** that at on February 11, 2007 at 10:30 a.m., or as soon thereafter as counsel may be heard before the Honorable M. James Lorenz, in courtroom 14, plaintiffs Larry Bassel and Barbara Bassel will move the United States District Court, for the Southern District of California for an order remanding the above-captioned cause to the Superior Court of the County of San Diego, from

which Court it was removed, on or about December 17, 2007, pursuant to Defendant 4Access Communications Co.'s Notice of Removal.

## MOTION FOR REMAND

Plaintiffs state in support of their motion as follows:

1) Defendant 4ACCESS COMMUNICATIONS CO. failed to timely file their Notice of Removal "within thirty days after receipt by the Defendant, through service of summons and complaint of a copy of the initial pleading and summons, pursuant to Rule 4(e)(1) of the Fed. R. Civ. P. and 28 U.S.C. §1446(b).

2) Defendants chose to consider the Plaintiffs' initial pleading an "indeterminate pleading," and thus "not removable," pursuant to the second paragraph of 28 U.S.C. §1446(b). However, Defendants failed to show how the "Frezza Declaration," which was used to open a second thirty-day window for removal, clarified the initial pleadings to establish jurisdiction pursuant to 28 U.S.C. §1332.

3) In addition, Defendants failed to show by a preponderance of the evidence that at least one of the plaintiff's claims will meet or exceed the $75,000 amount in controversy required for jurisdiction, pursuant to 28 U.S.C. §1332 (a).

## REQUEST FOR RECONSIDERATION OF MOTION AND ATTACHMENTS STRICKEN FOR FILING DISCREPANCIES

Plaintiffs respectfully request that this Court consider the procedural and jurisdictional issues with regard to their Motion for Remand despite ordering the documents stricken from the record for filing discrepancies on January 18, 2008. Plaintiffs' motion was originally timely filed in its entirety on January 16, 2008, within thirty days after defendants' filed their Notice of Removal on December 17, 2008, pursuant to 28 U.S.C. §1447(c). Plaintiffs had also served courtesy copies on opposing counsel and this Honorable Court via U.S. Mail, using a non-party server, before discovering that the Motion and all supporting documents had been stricken.

Plaintiffs' counsel apologizes for being a "technotard;" but this was the first time she had used the CM/ECF system, and she experienced technical difficulty uploading the scanned documents. Plaintiff's counsel did have the presence of mind to ask about this type of situation during the CM/ECF training session she attended on January 9, 2008, and was told: "In that case, you might have to break a file into *separate documents.*" Counsel requests that this Court take judicial notice pursuant to Rule 201 of the Federal Rules of Evidence that each of the filings on the PACER dockets is also referred to as a "document," and is clearly labeled as such in the header of each printout. Fed. R. Evid. 201. Thus, plaintiffs' counsel reasonably believed she was in compliance when she separately filed documents 5 and 6.

### **MOTION FOR JUST COSTS, ACTUAL EXPENSES AND ATTORNEYS FEES**

Pursuant to 28 U.S.C. §1447(c), Plaintiffs move this Court to award the Bassels "just costs and any actual expenses, including attorneys fees, incurred as a result of the removal." Unjustified removal complicates and extends litigation. An award of Plaintiffs' fees and costs for the work required when Defendants employ tactics that appear designed solely to increase their adversary's expenses without regard to the merits of Plaintiffs' position will reduce the effectiveness of this tactic.

This motion is made on this Notice of Motion and Motion for Remand, all pleadings and records, the attached declaration of fees and costs by Barbara M. Frezza, the attached memorandum of points and authorities, and exhibits.

WHEREFORE the plaintiffs respectfully request that the United States District Court for the Southern District of California remand this action to the Superior Court of the State of California, County of San Diego.

Dated this 18th Day of January, 2008

By: s/Barbara M. Frezza
Attorney for Plaintiffs
Larry Bassel & Barbara Bassel
frezzalaw@ix.netcom.com

# PROOF OF SERVICE
(Pursuant to Federal Law)

I certify that I am over 18 years of age, a resident of the County of San Diego, in the State of California, and that I received permission from the Clerk of Courts for the Southern District of California to upload pleadings and other papers via the United States District Court's as a *pro se* party to the instant case on January 9, 2008. My business address is P.O. Box 12214, La Jolla, CA 92039-2214.

On January 18, 2008, I caused to be served an exact copy of the following documents:

1) Plaintiffs Notice of Motion and Motion to Remand,
2) Memorandum of Points and Authorities Supporting Plaintiffs' Motion to Remand,
3) Declaration in Support of Plaintiffs' Motion to Remand, and Motion for Just Costs and Attorneys' fees,
4) Supporting exhibits,

via the United States District Court's CM/ECF system and electronic mail on the following interested parties:

Jeffrey Renzi, Esq.                             *Counsel for Defendants*
Squire, Sanders & Dempsey, LLP                  *4Access Communications Co.*
555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300
jrenzi@ssd.com

Chambers of the Honorable M. J. Lorenz, Judge   *Courtesy Copy, pursuant to L.R.*
U.S. District Court for the
Southern District of California
940 Front Street
San Diego, CA 92101

Courtesy copies have been or will be served on the above parties within 24 hours by U.S. Mail, with postage prepaid, by a non-party server.

I declare under penalty of perjury under the laws of the State of California and the United States that the following is true and correct. I declare that I am a member of the bar of this Court at whose direction this service was made. Executed this 18th day of January, 2008, at La Jolla, California.

                                                          s/ Barbara M. Frezza
                                                          Attorney for Plaintiffs
                                                          frezzalaw@ix.netcom.com