Barbara M. Frezza,  S.B. No.: 231176
Attorney at Law
P.O. Box 12214
LA Jolla, CA 92039-2214
Phone: (858) 558-9458
FrezzaLaw@ix.netcom.com

Attorney for Plaintiffs and In Propria Persona
LARRY BASSEL & BARBARA BASSEL

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BASSEL and BARBARA BASSEL,<br><br>Plaintiffs,<br><br>v.<br><br>4ACCESS COMMUNICATIONS CO.,<br><br>and DOES 1 through 10<br><br>Defendants. | Case No.: 07-cv-02346-L (JMA)<br><br>**DECLARATION OF PLAINTIFFS' COUNSEL, BARBARA M. FREZZA, SUPPORTING**<br><br>**1. MOTION TO REMAND;**<br><br>**2. MOTION FOR JUST COSTS AND EXPENSES, INCLUDING ATTORNEY'S FEES INCURRED DUE TO IMPROPER REMOVAL**.<br><br>Date: February 11, 2008<br>Time: 10:30 a.m.<br>Dept.: Courtroom 14<br>Judge: Hon. M. James Lorenz |

I, Barbara M. Frezza, declare as follows:

    1.  I am an attorney licensed to practice law in the State of California and have been admitted to the bar in the Southern District of California. I am counsel of record for plaintiff, Larry Bassel and I am also the co-plaintiff, Barbara Bassel, in this case. The facts for this declaration are based upon my personal knowledge, and if called as a witness, I could testify thereto under oath.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

     2.  I have expended a total of 14.5 hours reviewing defendant's Notice of Removal, researching relevant law, and drafting plaintiffs' Motion for Remand, I expect to spend at least 5 additional hours related to this matter. My usual hourly rate for non-complex employment matters is $150 per hour.

I declare under penalty of perjury under the laws of the State of California and the Laws of the United States that the foregoing is true and correct.

                              Executed this 18th day of January, 2008
                              at La Jolla, California.


                              s/ Barbara M. Frezza
                              Attorney for Plaintiffs
                              frezzalaw@ix.netcom.com