Barbara M. Frezza, S.B. No.: 231176
Attorney at Law
P.O. Box 12214
LA Jolla, CA 92039-2214
Phone: (858) 558-9458
FrezzaLaw@ix.netcom.com

Attorney for Plaintiffs and In Propria Persona
LARRY BASSEL & BARBARA BASSEL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BASSEL and BARBARA BASSEL,<br><br>Plaintiffs,<br><br>vs.<br><br>4ACCESS COMMUNICATIONS CO., a corporation, and DOES 1 through 10<br><br>Defendants. | Case No.: 3:07cv02346-L (JMA)<br><br>**PLAINTIFFS LARRY BASSEL AND BARBARA BASSEL**<br><br>**DOCUMENTS SUPPORTING PLAINTIFFS' MOTION TO REMAND**<br><br>Date: February 11, 2008<br>Time: 10:30 a.m.<br>Dept.: Ct. Rm. 14<br>Judge: Hon. M. James Lorenz |

**Documents Supporting Motion to Remand**

1. "Frezza Declaration" Supporting Certificate of Progress ------------------------------------p. 1-3
2. Amended Summons ------------------------------------------------------------------------------p. 4
3. Proof of Service of Summons Sent to Steven Davis, President & CEO of 4ACCESS----pp. 5-6
4. USPS Return Receipts----------------------------------------------------------------------------p. 7
5. Certificate of Progress----------------------------------------------------------------------------p. 8
6. Notice & Acknowledgement of Receipt—Civil----------------------------------------------p. 9
7. Heery Declaration in Support of Removal ---------------------------------------------------p. 10-11
8. Certificate of Service----------------------------------------------------------------------------p. 12

BARBARA M. FREZZA, S.B. No.: 231176
Attorney at Law
P.O. Box 12214
LA Jolla, CA 92039-2214
Phone: (858) 558-9458
E-mail: FrezzaLaw@ix.netcom.com

Attorney for Plaintiffs: LARRY BASSEL & BARBARA BASSEL



SUPERIOR COURT OF CALIFORNIA,

COUNTY OF SAN DIEGO

| | |
|---|---|
| LARRY BASSEL and BARBARA BASSEL, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>4ACCESS COMMUNICATIONS Co., a corporation, and, DOES 1 through 10, inclusive,<br><br>Defendants | Case No.: 37-2007-76081-CU-OE-CTL<br><br>**DECLARATION OF BARBARA M. FREZZA, SUPPORTING CERTIFICATE OF PROGRESS AND REQUESTING EXTENSION OF TIME TO FILE CERTIFICATE OF SERVICE**<br><br>**Judge: Yuri Hofmann**<br>**Dept: 60** |

I, Barbara M. Frezza, declare as follows:

1. I am an attorney duly licensed to practice law before all courts in the state of California and this court, and am a solo practitioner representing the Plaintiffs LARRY BASSEL and BARBARA BASSEL (hereafter "BASSEL") in this case. I am also the Co-Plaintiff, BARBARA BASSEL, in this case. The facts for this Declaration are based upon my personal knowledge, and if called as a witness, I could testify thereto under oath.

2. This Declaration is filed in support of a Certificate of Progress, requesting additional time to effect service and file a Certificate of Service, pursuant to San Diego County Superior Court Rule 2.1.5, requiring that a Certificate of service be filed within 60 days of filing the complaint.

3. Case Number 37-2007-76081-CU-OE-CTL was initially filed on October 2, 2007 at approximately 1:30 p.m. The computers crashed in the process of clocking the case in, requiring the clerk to process it without access to the database. It was erroneously classified as Case Number: 37-2007-76081-CU-PT-CTL. PLAINTIFFS subsequently amended the complaint to avoid confusion.

4. The last date for filing the Certificate of Service is December 3, 2007, as the deadline falls on Saturday December 1, 2007.

5. I did not receive the Notice of Plaintiffs' Right to Seek Punitive Damages until October 23, 2007. By that time, half the County had prepared to evacuate their homes due to the Wildfires in Southern California. Plaintiffs were no exception. Current case records and discovery materials were boxed in preparation for evacuation. When the danger of fire had passed, the records had to be unboxed and sorted. San Diego County Courts were also closed for the week, which played havoc with schedules.

6. At approximately 6:45 p.m. on October 30, 2007, Patricia Flynn mailed Proofs of Service of Summons with the accompanying declarations to both:

(i) CSC Lawyers Incorporating Service, Agent for Service of Process in CA, and

(ii) Steven Davis, President and CEO,

on behalf of 4Access Communications Co., a corporation, Defendant.

7. Each envelope was sent by Certified Mail, with Return Receipt. Included in each envelope was a copy of the summons, complaint, 2 Notices and Acknowledgement of Receipt, a self-addressed stamped envelope, Civil Case Cover Sheet, Notice of Case Assignment, Notice of Related Case, the ADR information packet, the Reservation of Plaintiff's Right to Seek Punitive Damages, and a photocopy of the check used to pay the filing fees. (Since the computer was down on October 2, 2007, the clerks could not provide a statement of costs.)

8. Neither CSC Lawyers Incorporating Service, (hereafter "CSC,") nor Defendants 4ACCESS COMMUNCATIONS COMPANY, (hereafter "4ACCESS,") has returned a Notice and Acknowledgement of Receipt. 4ACCESS has not yet made an appearance in this action.

9. Return receipts from the certified mailings to CSC and 4ACCESS were received at my Post Office Box, on or about November 15, and November 19, respectively.

10. Service of the summons and complaint on 4ACCESS complies with California Code of Civil Procedure Section 415.40 as a copy of the summons and complaint were sent to a *person* outside this state by first-class mail, postage prepaid, requiring a return receipt. Service is deemed complete on the tenth day after such mailing.

11. Service of Summons on 4ACCESS also complies with California Code of Civil Procedure Section 416.10, as a copy of the summons and complaint was delivered to Joseph Heery, the Chief Financial Officer for 4ACCESS.

12. Unfortunately, the facts differ in this case from those in the recently decided case: *Cruz v. Fagor America, Inc.* (2007) 146 Cal.App.4th 488, in that Plaintiffs cannot provide an affidavit from a postal employee that Heery, in his capacity as CFO, routinely receives mail on behalf of the Defendant corporation in Chicago, or that he was authorized to receive mail on behalf of Steven Davis, the President and CEO of 4ACCESS. Thus the evidence would not be sufficient to meet the requirements of California Code of Civil Procedure Section 417.20.

13. Plaintiffs respectfully request that this Honorable Court until January 3, 2008 to effect service of the Summons and Complaint on Defendants 4ACCESS COMMUNICATIONS CO., a corporation, and DOES 1 through 10, inclusive, by such means as may be necessary to establish actual delivery to the persons served.

14. The following attachments have been included as a courtesy to this Honorable Court:

(i) Certificate of progress

(ii) Copies of return receipts for certified mailings

(iii) Copies of Summons (2)

(iii) Copies of Service of Summons (2)

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on November 30th, 2007 at La Jolla, California.

Dated this 30th day of November, 2007

Barbara M. Frezza
DECLARATION OF BARBARA M. FREZZA SUPPORTING CERTIFICATE OF PROGRESS AND REQUESTING EXTENSION OF TIME TO FILE CERTIFICATE OF SERVICE. - 3

**SUM-100**

# SUMMONS *AMENDED*
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
4 Access Communications Co., a corporation,
and DOES 1 through 10, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
LARRY BASSEL and BARBARA BASSEL, individuals.

FILED
CIVIL BUSINESS OFFICE 15
CENTRAL DIVISION
07 OCT -5 PM 12: 39
CLERK - SUPERIOR COURT
SAN DIEGO COUNTY, CA

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California, County of San Diego, Central Division
330 W. Broadway
San Diego, CA 92101

CASE NUMBER: *(Número del Caso):* 37-2007-76081-CU-OE **CTL**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Barbara M. Frezza, (S.B. No.: 231176) Telephone: (858)-558-9458
P.O. Box 12214, La Jolla, CA 92039-2214

DATE: OCT 5 2007                    Clerk, by *T. Lusch*                , Deputy
*(Fecha)*                           *(Secretario)*                       *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☑ on behalf of *(specify)*: 4Access Communications Co., a corporation,
   under: ☑ CCP 416.10 (corporation)         ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc. | www.USCourtForms.com

**POS-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barbara M. Frezza, S.B. No.: 231176<br>Attorney at Law<br>P.O. Box 12214<br>La Jolla, CA 92039-2214<br>TELEPHONE NO.: 858-558-9458   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Larry Bassel & Barbara Bassel, Plaintiffs & in Pro Per | FILED<br>CIVIL BUSINESS OFFICE 14<br>CENTRAL DIVISION<br>07 OCT 31 PM 2:01<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Judicial District

PLAINTIFF/PETITIONER: Larry Bassel & Barbara Bassel

DEFENDANT/RESPONDENT: 4Access Comm. Co. & DOES 1-10 inclusive

CASE NUMBER: 37-2007-76081-CU-OE-CTL

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [✓] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [✓] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: Res. of Plaintiffs' Right to Seek Punitive Damages; Notice of Related Case

3. a. Party served *(specify name of party as shown on documents served)*:
   4Access Communications Co., a corporation, Defendant

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   Steven Davis, President & CEO, 4 Access Communications Co.

4. Address where the party was served:
   One North LaSalle, Suite 2015, Chicago, IL, 60602

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   (2) at *(time)*:
   b. [ ] **by substituted service.** On *(date)*:   at *(time)*:   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   from *(city)*:   or [ ] a declaration of mailing is attached.

   (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| PLAINTIFF/PETITIONER: Larry Bassel & Barbara Bassel | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: 4Access Comm. Co. & DOES 1-10 inclusive | 37-2007-76081-CU-OE-CTL |

5. c. [✓] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date): 10-30-07   (2) from (city): SAN DIEGO

   (3) [✓] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) [✓] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. [ ] by other means *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant.
   d. [✓] On behalf of *(specify):* 4Access Communications Co., a corporation, Defendant
      under the following Code of Civil Procedure section:
      [✓] 416.10 (corporation)           [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)    [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)          [ ] 415.46 (occupant)
                                          [ ] other:

7. **Person who served papers**
   a. Name: PATRICIA FLYNN
   b. Address: 3899 NOBEL DRWE 1414, SAN DIEGO CA 92122
   c. Telephone number: 858.699.5390
   d. The fee for service was: $ 31.00
   e. I am:
      (1) [✓] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] a registered California process server:
         (i) [ ] owner [ ] employee [ ] independent contractor.
         (ii) Registration No.:
         (iii) County:

8. [✓] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. [ ] I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 10-30-07

PATRICIA FLYNN                                    ▶ *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)              (SIGNATURE)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*:<br>Barbara M. Frezza S.B. No.: 231176<br>Attorney at Law<br>P.O. Box 12214<br>La Jolla, CA 92039-2214<br>TELEPHONE NO.: 858-558-9458    FAX NO.:<br>ATTORNEY FOR *(Name)*: Larry Bassel & Barbara Bassel, Plaintiffs, & In Pro Per | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>☒ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ MADGE BRADLEY BLDG., 1409 4TH AVE., SAN DIEGO, CA 92101-3105<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649 | |
| PLAINTIFF(S)/PETITIONER(S)<br>Larry Bassel & Barbara Bassel | ☒ I/C JUDGE  Yuri Hofmann<br>☐ MASTER CALENDAR |
| DEFENDANT(S)/RESPONDENT(S)<br>4Access Communications Co., a corporation, & DOES 1-10 inclusive | DEPT 60 |
| **CERTIFICATE OF:** PROGRESS<br>**PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**<br>(San Diego Superior Court Rules: Division II, rules 2.5, 2.6, 2.7, 2.34;<br>Division IV rules 4.169 & 4.170) | CASE NUMBER<br>37-2007-76081-CU-OE-CTL |

MUST BE FILED ON COURT APPROVED FORM WITH A STAMPED, SELF-ADDRESSED ENVELOPE OR MESSENGER SERVICE SLIP.

The ☒ plaintiff(s)   ☐ defendant(s) in the above-entitled case, by and through their attorney(s) Barbara M. Frezza
_____ certify that: *(CHECK ONE BOX)*

3C1 ☒ Plaintiff has been unable to serve the complaint on defendant(s) 4Access Communications Co. a corporation and DOES 1 through 10, inclusive
                                                                         *(May list more than one defendant)*

3C1 ☐ Plaintiff requests stay under claim for uninsured/underinsured as to: _____
                                                                              *(ALL or list individual(s))*

3C5 ☐ Defendant was served on _____, and is unable to answer or otherwise respond.

3C8 ☐ Plaintiff served defendant on _____, but was unable to request entry of default.

Therefore, it is requested that the time be extended until January 3, 2008 for filing of a(n):

☒ CERTIFICATE OF SERVICE (SDSC CIV-345)
☐ ANSWER OR OTHER DEFENDANT APPEARANCE
☐ REQUEST FOR ENTRY OF DEFAULT (SDSC CIV-204)

Reason(s): Postal return receipt from certified mailings w/o evidence satisfactory to court to establish actual delivery to the person served pursuant to Civ. Proc Sect 415.40 will not satisfy Civ. Pro Sect. 1417.20.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct:

Dated: November 30, 2007              _____
                                       SIGNATURE OF ATTORNEY(S)

**FOR COURT USE ONLY**

☒ EXTENSION GRANTED - DOCUMENT CHECKED ABOVE SHALL BE FILED NOT LATER THAN: 1-03-08

☐ EXTENSION DENIED - THIS MATTER IS SET FOR HEARING ON: _____ AT: _____ M. DEPT _____
  ☐ INSUFFICIENT REASON FOR DELAY OF CASE.
  ☐ OBTAIN ORDER FOR PUBLICATION IMMEDIATELY.

DATED: 12-05-07                        YURI HOFMANN, JUDGE
                                       JUDGE OF THE SUPERIOR COURT

☐ NOTICE TO COUNSEL REQUESTING EXTENSION: After Court's decision, you must serve a copy of this certificate on all counsel concerned.

---

SDSC CIV-144(Rev. 4-04)     **CERTIFICATE OF:**
                             **PROGRESS; INABILITY TO RESPOND; INABILITY TO DEFAULT**

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7006 0100 0000 9693 1891

Postage $ $2.67
Certified Fee $2.65
Return Receipt Fee $2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ $7.47

Sent To: Steven Davis CEO o/b/o 4Access
Street, Apt. No.; or PO Box No. One N. LaSalle, Ste 2015
City, State, ZIP+4 Chicago, IL 60602

PS Form 3800, June 2002

---

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7005 3110 0002 2284 2342

Postage $ $2.67
Certified Fee $2.65
Return Receipt Fee $2.15
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees $ $7.47

Sent To: CSC Lawyers Inc. Service, Agent o/b/o
Street, Apt. No.; or PO Box No. P.O. Box 526036
City, State, ZIP+4 Sacramento, CA 95852

PS Form 3800, June 2002

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Steven Davis, CEO & Pres
4Access Comm. Co
One North LaSalle
Suite 2015
Chicago, IL 60602

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature]
B. Received by (Printed Name) [illegible]  C. Date of Delivery 11/2/07
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0000 9693 1891

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
CSC Lawyers Incorporating
Service, Agent o/b/o
4Access Comm. Co.
P.O. Box 526036
Sacramento, CA 95852

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature X [signature]
B. Received by (Printed Name) GUSS [illegible]  C. Date of Delivery 11/05/2007
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 3110 0002 2284 2342

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barbara M. Frezza S.B. No.: 231176<br>Attorney at Law<br>P.O. Box 12214<br>La Jolla, CA 92039-2214<br>TELEPHONE NO.: 858-558-9458    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Larry Bassel & Barbara Bassel, Plaintiffs & In Pro Per | FILED<br>07 DEC 18 AM 9:22<br>CLERK-SUPERIOR COURT<br>SAN DIEGO COUNTY, CA |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Diego
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Judicial District

PLAINTIFF/PETITIONER: Larry Bassel & Barbara Bassel
DEFENDANT/RESPONDENT: 4Access Communications Co. & DOES 1-10, incl.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>37-2007-76081-CU-OE-CTL |
|---|---|

TO (insert name of party being served): 4Access Communications Co., a corporation, Defendant

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 10·30·07

PATRICIA FLYNN
(TYPE OR PRINT NAME)

▶ _[signature]_
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of (to be completed by sender before mailing):

1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Notice of Case Assignment; Superior Ct. of California Civil Cover Sheet; Notice of Related Case; Alternative Dispute Resolution Packet; Notice of Plaintiffs' Reservation of Right to Seek Punitive Damages; Notice and Acknowledgement of Receipt--Civil; Receipt for filing costs.

(To be completed by recipient):

Date this form is signed:
Joseph F. Heeny    12/12/07
4Access Communications Company
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY,
ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ _[signature]_  CFO
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

1  Jeffrey S. Renzi (State Bar # 221963)
   Squire, Sanders & Dempsey L.L.P.
2  555 South Flower St., 31st Floor
   Los Angeles, CA 90071
3  Telephone: +1.213.624.2500
   Facsimile:  +1.213.623.4581
4
   Attorneys for Defendant
5  4ACCESS COMMUNICATIONS COMPANY

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LARRY BASSEL and BARBARA          | Case No. _____
   | BASSEL,                           |
12 |                                   | **DECLARATION OF JOSEPH E. HEERY
   |           Plaintiffs,             | IN SUPPORT OF NOTICE OF REMOVAL**
13 |                                   |
   |     vs.                           |
14 |                                   |
   | 4ACCESS COMMUNICATIONS CO. and    | *REMOVED FROM:*
15 | DOES 1 through 10,                |
   |                                   | San Diego Superior Court
16 |           Defendants.             | Case No. 37-2007-00076081-CU-OE-CTL

17

## DECLARATION OF JOSEPH E. HEERY

I, Joseph E. Heery, declare as follows:

1. I am the chief financial officer of 4Access Communications Company ("4Access"). I have held this position since March, 2002. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. 4Access is a corporation organized in the laws of the State of Delaware. I am the person employed by 4Access responsible for making sure that 4Access's annual reports are filed with the Secretary of State of Delaware.

3. The executive and administrative functions of 4Access are primarily performed from 4Access's corporate headquarters located at One North LaSalle Street, Suite 2015, Chicago, Illinois 60602. Specifically, 4Access's chief executive officer, Steven D. Davis, maintains his office at 4Access's corporate headquarters in Chicago, Illinois. I also maintain my office at 4Access's corporate headquarters. The administration of corporate financial, payroll, sales, and employee benefit services occurs at 4Access's corporate headquarters. The only activity which occurs or has occurred in California relate to the design of hardware for 4Access's point-of-sale products.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on December 12, 2007 at Chicago, Illinois.

_____
Joseph E. Heery

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Barbara M. Frezza S.B. No.: 231176<br>Attorney at Law<br>P.O. Box 12214<br>La Jolla, CA 92039-2214<br>TELEPHONE NO. (Optional): 858-558-9458   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional): FrezzaLaw@ix.netcom.com<br>ATTORNEY FOR (Name): Larry Bassel & Barbara Bassel, Plaintiffs & In Pro Per | |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>☑ HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101-3827<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941<br>☐ RAMONA BRANCH, 1428 MONTECITO RD., RAMONA, CA 92065-5200<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649 | |
| PLAINTIFF(S)<br>Larry Bassel & Barbara Bassel | JUDGE: Yuri Hofmann |
| DEFENDANT(S)<br>4Access Communications Co. and DOES 1-10, inclusive | DEPT: 60 |
| **CERTIFICATE OF SERVICE**<br>(San Diego Superior Court Rules, Division II, Rule 2.5) | CASE NUMBER<br>37-2007-76081-CU-OE-CTL |

I certify under penalty of perjury under the laws of the State of California that all defendants named in the complaint of the above-entitled case have either made a general appearance or have been properly and timely served in compliance with San Diego Superior Court Rules, Division II, Rule 2.5.

Date: December 18, 2007

Signature

Barbara M. Frezza
Typed or printed name

NOTES:

If service cannot be effected on all defendants within 60 days of filing the complaint, DO NOT USE THIS CERTIFICATE, but file the form CERTIFICATE OF PROGRESS (SDSC CIV-144) stating the reasons why service has not been effected on all parties and what is being done to effect service.

THE FILING OF A GENERAL APPEARANCE BY A DEFENDANT DOES NOT DISPENSE WITH THE PLAINTIFF'S OBLIGATION TO FILE THIS DOCUMENT.

SDSC CIV-345(Rev. 8-02)   **CERTIFICATE OF SERVICE**   American LegalNet, Inc. www.USCourtForms.com