1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11   LARRY BASSEL and BARBARA        )   Civil No. 07cv2346-L(JMA)
     BASSEL,                          )
12                                    )   **ORDER RESETTING HEARING**
                  Plaintiffs,         )   **DATE ON MOTION TO REMAND**
13                                    )   **[doc #9]**
     v.                               )
14                                    )
     4ACCESS COMMUNICATIONS CO.,      )
15                                    )
                  Defendant.          )
16   _____)

17        Plaintiff's motion to remand is currently set for hearing on February 11, 2008; however,

18   the hearing date is not in compliance with Civil Local Rule 7.1.e.1.  Therefore, the Court

19   reschedules plaintiff's motion for remand for hearing on February 25, 2008.   The Court finds

20   this matter suitable for determination on the papers submitted and without oral argument

21   pursuant to Civil Local Rule 7.1(d)(1).  No appearances are required.

22        **IT IS SO ORDERED.**

23   DATED:  January 25, 2008

24                                        _____
25                                        M. James Lorenz
                                          United States District Court Judge
26   / / /

27   / / /

28   / / /

                                                                              07cv2346

1   COPY TO:

2   HON. JAN M. ADLER
     UNITED STATES MAGISTRATE JUDGE

3

4   ALL PARTIES/COUNSEL

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

07cv2346