1  Douglas J. Rovens (State Bar # 106582)
   drovens@ssd.com
2  Jeffrey S. Renzi (State Bar # 221963)
   jrenzi@ssd.com
3  SQUIRE, SANDERS & DEMPSEY L.L.P.
   555 S. Flower St., 31st Floor
4  Los Angeles, CA 90071
   Telephone:    (213) 624-2500
5  Facsimile:    (213) 623-4581

6  Attorneys for Defendant
   4 ACCESS COMMUNICATIONS COMPANY
7

8                  UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LARRY BASSEL and BARBARA       | Case No. 3:07cv02346-L (JMA)
   | BASSEL,                         |
12 |                                 | **DECLARATION OF JEFFREY S. RENZI IN
   |           Plaintiffs,           | SUPPORT OF OPPOSITION TO
13 |                                 | PLAINTIFFS' MOTION TO REMAND**
   |     vs.                         |
14 |                                 | [Filed Concurrently with *OPPOSITION TO
   | 4ACCESS COMMUNICATIONS CO. and  | MOTION TO REMAND*]
15 | DOES 1 through 10,              |
   |                                 |
16 |           Defendants.           |

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF JEFFREY S. RENZI

I, Jeffrey S. Renzi, declare as follows:

1. I am an attorney licensed to practice law in the State of California and am an associate at Squire, Sanders & Dempsey L.L.P., counsel for defendant 4Access Communications Company ("4Access") in the above-captioned action. I provide this declaration in support of 4Access' Opposition to Plaintiffs' Motion to Remand. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. On February 1, 2008, I wrote a letter to Barbara M. Frezza, counsel for Plaintiffs in the above-captioned matter, in which I offered to stipulate that the amount at issue did not exceeded $75,000. My office subsequently transmitted that letter to Ms. Frezza via e-mail and U.S. Mail. A true and correct copy of the letter is attached hereto as Exhibit A.

3. On February 8, 2008, I received a response to my February 1, 2008 letter from Ms. Frezza, in which she rejected my offer of a stipulation. Ms. Frezza's response included an e-mail message and letter transmitted electronically with that e-mail message. A true and correct copy of Ms. Frezza's e-mail response is attached hereto as Exhibit B.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 11th day of February 2008 at Los Angeles, California.

*[signature]*
Jeffrey S. Renzi

LOSANGELES/259372.1

# Exhibit A



**SQUIRE, SANDERS & DEMPSEY L.L.P.**

555 South Flower Street, 31st Floor
Los Angeles, CA 90071-2300

Office: +1.213.624.2500
Fax: +1.213.623.4581

Direct: +1.213.689.5138
jrenzi@ssd.com

February 1, 2008

**VIA U.S. MAIL AND E-MAIL (FrezzaLaw@ix.netcom.com)**

Barbara M. Frezza, Esq.
P. O. Box 12214
La Jolla, CA 92039-2214

Re:  *Larry Bassel, et al. v. 4Access Communications Co.*
     U.S.S.D. Case No. 3:04-cv-02346-L-JMA

Dear Ms. Frezza:

We have received and reviewed the Motion to Remand ("Motion") filed by the plaintiffs in the above-referenced matter. Please let me know by February 8, 2008 whether you are willing to stipulate that the damages in this matter will not exceed $75,000. Should you reject this offer, we will use such a response to support our opposition to the Motion.

Please contact me if you would like to further discuss this matter. Otherwise, thank you for your courtesy and cooperation in this regard.

Very truly yours,

Jeffrey S. Renzi

LOSANGELES/257247.1
100267.00002

CINCINNATI • CLEVELAND • COLUMBUS • HOUSTON • LOS ANGELES • MIAMI • NEW YORK • PALO ALTO • PHOENIX • SAN FRANCISCO • TALLAHASSEE • TAMPA • TYSONS CORNER
WASHINGTON DC • WEST PALM BEACH | CARACAS • RIO DE JANEIRO • SANTO DOMINGO | BRATISLAVA • BRUSSELS • BUDAPEST • FRANKFURT • LONDON • MOSCOW
PRAGUE • WARSAW | BEIJING • HONG KONG • SHANGHAI • TOKYO | ASSOCIATED OFFICES: BUCHAREST • BUENOS AIRES • DUBLIN • KYIV • SANTIAGO

www.ssd.com

# Exhibit B

## Renzi, Jeffrey S.

| | |
|---|---|
| **From:** | Barbara Frezza [frezzalaw@ix.netcom.com] |
| **Sent:** | Friday, February 08, 2008 4:58 PM |
| **To:** | Renzi, Jeffrey S. |
| **Cc:** | labbmf@ix.netcom.com |
| **Subject:** | Bassel et al v. 4Access, Case No. 3:07cv02346-L (JMA) |
| **Attachments:** | Bassel v 4Access Renzi at SSD.pdf |

Mr. Renzi:

Attached find the response to your letter of February 1, 2008.

No stipulation; but perhaps a compromise.

Sorry it took so long to get it out. The network has been malfuntioning all day.

Feel free to contact me at 858-558-9458 if you have any questions or comments.

Barbara M. Frezza

CONFIDENTIALITY NOTICE:
This e-mail and its attachments contain confidential information that is protected by privilege, and is intended for viewing and use solely by the intended recipients. If you receive this transmission in error, please notify the sender at 858-558-9458, delete all copies of the e-mail from your hard drive, and destroy all hard copies of the e-mail and attachments.

2/11/2008