1  Douglas J. Rovens (State Bar # 106582)
   drovens@ssd.com
2  Jeffrey S. Renzi (State Bar # 221963)
   jrenzi@ssd.com
3  SQUIRE, SANDERS & DEMPSEY L.L.P.
   555 S. Flower St., 31st Floor
4  Los Angeles, CA 90071
   Telephone:   (213) 624-2500
5  Facsimile:   (213) 623-4581

6

   Attorneys for Defendant
7  4ACCESS COMMUNICATIONS COMPANY

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | LARRY BASSEL and BARBARA          | Case No. 3:07cv02346-L (JMA)
   | BASSEL,                           |
12 |                                   | **PROOF OF SERVICE OF OPPOSITION
   |           Plaintiffs,             | TO PLAINTIFFS' MOTION TO REMAND
13 |                                   | AND SUPPORTING DECLARATION**
   |     vs.                           |
14 |                                   |
   | 4ACCESS COMMUNICATIONS CO. and    |
15 | DOES 1 through 10,                | Assigned to:   Hon. M. James Lorenz
   |                                   | Court Room:    14
16 |           Defendants.             | Date:          February 25, 2008
   |                                   | Time:          10:30 a.m.

17

18

19

20

21

22

23

24

25

26

27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
555 South Flower Street, 31st Floor
Los Angeles, California 90071-2300

- 1 -

PROOF OF SERVICE

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 31st Floor, Los Angeles, California 90071-2300. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 11, 2008, I electronically served copies of the listed documents:

1. OPPOSITION TO PLAINTIFFS' MOTION TO REMAND; and

2. DECLARATION OF JEFFREY S. RENZI IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

To:

Barbara M. Frezza
frezzalaw@ix.netcom.com
P. O. Box 12214
La Jolla, CA 92039-2214

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 12, 2008, at Los Angeles, California.

*Jeffrey S. Renzi*