Barbara M. Frezza, S.B. No.: 231176
Attorney at Law
P.O. Box 12214
LA Jolla, CA 92039-2214
Phone: (858) 558-9458
FrezzaLaw@ix.netcom.com

Attorney for Plaintiffs and In Propria Persona
LARRY BASSEL & BARBARA BASSEL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BASSEL and BARBARA BASSEL,<br><br>Plaintiffs,<br><br>v.<br><br>4ACCESS COMMUNICATIONS CO.,<br><br>and DOES 1 through 10<br><br>Defendants. | Case No.: 3:07-cv-02346-L (JMA)<br><br>**DECLARATION OF BARBARA M. FREZZA SUPPORTING PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO REMAND**<br><br>[<br><br>Date: February 25, 2008<br>Time: 10:30 a.m.<br>Dept.: 14<br>Judge: Hon. M. James Lorenz |

I, Barbara M. Frezza, do hereby certify:

1. I am an attorney duly licensed to practice law in the State of California and have been admitted to practice before the District Court for the Southern District of California. I am counsel of record for Larry Basel and Barbara Basel. I make this declaration based on my own first-hand knowledge, and if called to do so, could and would competently testify to the matters contained therein.

2. The accompanying Reply to Defendants Opposition to Plaintiffs' Motion to Remand is offered to supplement Plaintiffs' Motion to Remand as well as the evidence submitted with the Rienzi Declaration.

3. Plaintiffs declare that the e-mail submitted as Exhibit B in the Rienzi Declaration is irrelevant, hearsay, and cannot truly be presented in context because it references a privileged communication. Plaintiffs wish their objections to be preserved for the record and request that the email submitted as Exhibit B be stricken.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 15th day of February, 2008 at La Jolla California.

By: s/ Barbara M. Frezza
Barbara M. Frezza
Attorney for Plaintiffs
LARRY BASSEL &
BARBARA BASSEL
FrezzaLaw@ix.netcom.com