# PROOF OF SERVICE

| | | |
|---|---|---|
| STATE OF CALIFORNIA | ) | |
| | ) ss. | |
| COUNTY OF SAN DIEGO | ) | **Case No: 3:07cv02346-L (JMA)** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.

My business residence address is: 752 Eastshore Terrace, #118, Chula Vista, CA 91913-2423

On the date of February 15, 2008, I served the within documents:

1. Reply to Defendants Opposition to Motion to Remand
2. Declaration of Barbara M. Frezza supporting Reply
3. Proof of electronic service via the Court's electronic filing system.

On the person(s) listed at the following address(es):

| | |
|---|---|
| U.S. District Court, Southern District of California<br>c/o Chambers of the Hon. M. J. Lorenz, Judge<br>940 Front Street<br>San Diego, CA 92101 | *Courtesy Copy, Dox over 10 pp.* |
| U.S. District Court, Southern District of California<br>c/o Chambers of the Hon. J. M. Adler, Magistrate Judge<br>940 Front Street<br>San Diego, CA 92101 | *Courtesy Copy, Dox over 10 pp.* |
| Squire, Sanders &<br>Dempsey, LLP<br>c/o J. Renzi, Esq.<br>555 South Flower Street, 31st Floor<br>Los Angeles, CA 90071-2300 | *Attorneys for Defendant 4Access<br>Communications, Co.* |

**√ Via U.S. Mail:** By placing the document(s) listed above in a sealed envelope(s) with postage thereon fully prepaid, in the U.S. Mail at San Diego, California, addressed as set forth herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in the affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this ___15___ of __February 2008__ in San Diego, California.
              (date)           (month)

s/ *Elizabeth K. J. Watson*
    Elizabeth K. J. Watson